# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**267**

**KA 10-01640**

PRESENT: SCUDDER, P.J., LINDLEY, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                          ORDER

RONALD M.M., DEFENDANT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (JANET C. SOMES OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (STEPHEN X. O'BRIEN OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------

Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered May 27, 2010.  The appeal was held by this Court by order entered May 9, 2014, decision was reserved and the matter was remitted to Monroe County Court for further proceedings.  The proceedings were held and completed.

It is hereby ORDERED that said appeal is unanimously dismissed as moot.

Entered:  March 20, 2015                          Frances E. Cafarell
                                                  Clerk of the Court